# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEYSTONE CONCRETE BLOCK & SUPPLY CO. INC., *on behalf of itself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>SIKA AG; SIKA CORPORATION; CHRYSO, INC.; GCP APPLIED TECHNOLOGIES, INC.; COMPAGNIE DE SAINT-GOBAIN S.A.; SAINT-GOBAIN NORTH AMERICA; MASTER BUILDERS SOLUTIONS ADMIXTURES U.S., LLC; MASTER BUILDERS SOLUTIONS DEUTSCHLAND GMBH; CINVEN LTD.; CINVEN, INC.; THE EUCLID CHEMICAL COMPANY; RPM INTERNATIONAL INC.; AND DOES 1-10,<br><br>*Defendants*. | Case No. 2:23-cv-04723<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned appears in this action as counsel for Defendant Sika Corporation.

DATED:  January 12, 2024          Respectfully submitted,

*/s/ Jeremy Heep*
Jeremy Heep, PA Bar No. 75607
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4972
Facsimile: (215) 981-4750
jeremy.heep@troutman.com

*Counsel for Defendant Sika Corporation*